# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | NO. 3:15-cr-00199 |
|  | ) | CHIEF JUDGE CRENSHAW |
| KATRINE SHANTEL DAVIS, | ) |  |
| Defendant. | ) |  |

## ORDER

Defendant's Motion to Continue Sentencing Hearing (Doc. No. 51) is **GRANTED**. The sentencing hearing currently set for September 18, 2017, at 3:00 p.m. is **RESET** for **March 2, 2018,** at 3:00 p.m.

All motions for a departure or pursuant to United States v. Booker, 125 S.Ct. 738 (2005) must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE